IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 19 CR 117 WMC |
| ADRIAN C. GARDINER, | 18 U.S.C. § 2251(a)<br>18 U.S.C. § 2423(b)<br>18 U.S.C. § 2253 |
| Defendant. | |

THE GRAND JURY CHARGES:

COUNT 1

On or about July 2, 2019, in the Western District of Wisconsin and elsewhere, the defendant,

ADRIAN C. GARDINER,

knowingly and intentionally used a minor, Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction of Minor A engaged in sexually explicit conduct was actually transmitted using any means or facility of interstate or foreign commerce.

(In violation of Title 18, United States Code, Section 2251(a)).

COUNT 2

On or about August 5, 2019, in the Western District of Wisconsin and elsewhere, the defendant,

ADRIAN C. GARDINER,

knowingly traveled in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f)(1), with another person, specifically, Minor A.

(In violation of Title 18, United States Code, Section 2423(b)).

## COUNT 3

On or about August 13, 2019, in the Western District of Wisconsin and elsewhere, the defendant,

ADRIAN C. GARDINER,

knowingly traveled in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f)(1), with another person, specifically, Minor A.

(In violation of Title 18, United States Code, Section 2423(b)).

## COUNT 4

On or about August 13, 2019, in the Western District of Wisconsin, the defendant,

ADRIAN C. GARDINER,

knowingly and intentionally used a minor, Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, GARDINER used a Motorola E5 Play cell phone to produce a visual depiction, a video with a file name that ends with 0259.mp4, of Minor A engaged in sexually explicit conduct.

(In violation of Title 18, United States Code, Section 2251(a)).

## FORFEITURE ALLEGATION

As a result of the offenses charged in counts 2-4 of this indictment, and upon conviction for violating Title 18, United States Code, Sections 2251(a), the defendant,

ADRIAN C. GARDINER,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253, his right, title, and interest in the following:

(1) Any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained.

(2) Any and all property used or intended to be used to commit or to promote the commission of the aforementioned offense, including a Motorola E5 Play cellular phone and a Galaxy J7 cellular phone.

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: __8/28/2019__

_____
SCOTT C. BLADER
United States Attorney

3