# COURTROOM MINUTES
# SENTENCING / JUDICIAL REVIEW

DATE: 6/15/2021　　DAY: Tuesday　　START TIME: 1:15 PM　　END TIME: 2:23 pm
JUDGE/MAG.: WMC　　CLERK: JLS　　REPORTER: JLD
PROBATION OFFICER: Mariah Stieve　　INTERPRETER: 　　SWORN:
CASE NUMBER: 19-cr-117-wmc　　CASE NAME: USA v. Adrian C. Gardiner

---

**APPEARANCES:**
AUSA: Elizabeth Altman　　DEFENDANT ATTY.: Joshua Hargrove

DEFENDANT PRESENT: YES

---

**SENTENCING GUIDELINE RANGE:**

TOTAL OFFENSE LEVEL: 42　　CRIMINAL HISTORY CATEGORY: 1
ADVISORY GUIDELINE IMPRISONMENT RANGE: 360 to _____ MONTHS.

---

**SENTENCE:**
COUNT(S) 1 : ☒ INDICTMENT ☐ INFORMATION
CBOP CT. 1 ; 300 MOS.; 30 YRS. S/R; $ 100 CA; $ ____ REST.; $ ____ FINE.
CT. ___ ; ___ MOS.; ___ YRS. S/R; $ ____ CA; $ ____ REST.; $ ____ FINE.
☐ VOLUNTARY SURRENDER: _____ between _____ and _____;
☐ RELEASE CONDITIONS CONTINUED.
☒ DETAINED.

---

**ACTIONS:**
☒ PLEA AGREEMENT ACCEPTED
☒ DEFENDANT ADVISED OF RIGHT TO ALLOCUTE (OPPORTUNITY TO SPEAK)
☒ DEFENDANT ADVISED OF RIGHT TO APPEAL
☒ GOVERNMENT MOTION TO DISMISS REMAINING COUNTS GRANTED
☐ REVOKED

---

**NOTES:**
Restitution hearing set for 8/20/2021 at 1:00 pm
Defendant waives reading of the conditions and further justification.

TOTAL COURT TIME: 1 hr 8 min